# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

WALKER CHAPMAN                                                                                    PLAINTIFF
Reg. #25965-076
v.                                    Case No. 2:22-cv-00026-KGB

DWAYNE HENDRIX, Former Warden,
FCC Forrest City – Medium, *et al.*                                                    DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Baker may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### I. Discussion

On February 9, 2022, Plaintiff Walker Chapman ("Chapman"), a prisoner in the Federal Correctional Institution's medium-security prison in Forrest City, Arkansas, filed a *pro se Bivens* Complaint and a Motion to Proceed *in forma pauperis* ("IFP Motion"). *Docs. 1 & 2*.

On February 28, 2022, the Court denied Chapman's IFP Motion as incomplete and directed him to, within 30 days, either: (1) pay the $402 filing fee, in full; or (2) file a properly completed IFP Motion, including the certificate of inmate trust account and calculation sheet, signed by an authorized prison official. *Doc. 3 at 3*. Importantly, the Court cautioned Chapman that his failure to timely and properly comply with this Order could result in his case being dismissed for lack of prosecution.[1] *Id*.

Chapman has not complied with the Court's February 28 Order, and the time for doing so has long since passed. Accordingly, Chapman's Complaint should be dismissed, without prejudice.

## II.  Conclusion

IT IS THEREFORE RECOMMENDED THAT Chapman's Complaint be DISMISSED, WITHOUT PREJUDICE.

---

[1] The Court's February 28 Order also advised Chapman of his responsibilities under Local Rule 5.5(c)(2), which states:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself must sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* must be expected to be familiar with and follow the Federal Rules of Civil Procedure.

DATED this 9th day of September, 2022.

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE