IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WALKER CHAPMAN**  **PLAINTIFF**
Reg. #25965-076

v.     Case No. 2:22-cv-00026-KGB-JTR

**DWAYNE HENDRIX, Former Warden,**
**FCC Forrest City - Medium,** *et al.*     **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition of United States Magistrate Judge J. Thomas Ray (Dkt. No. 4). Plaintiff Walker Chapman has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*). The Court dismisses without prejudice Mr. Chapman's complaint for failure to prosecute (Dkt. No. 2).

So ordered this 6th day of February, 2023.

_____
Kristine G. Baker
United States District Judge