# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**WALKER CHAPMAN**                                                                              **PLAINTIFF**
Reg. #25965-076

v.                     Case No. 2:22-cv-00026-KGB-JTR

**DWAYNE HENDRIX, Former Warden,**
**FCC Forrest City - Medium,** *et al.*                                     **DEFENDANTS**

## JUDGMENT

      Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Walker Chapman's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

      So adjudged this 6th day of February, 2023.

                                                                       Kristine G. Baker
                                                                      United States District Judge